# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | No. 12-617 |
| MICHAEL SAVAGE | : | |
| | : | |

## ORDER

This 27th day of April, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, ECF 47, is **DENIED**.

It is **FURTHER ORDERED** that Defendant's Motion to Appoint Counsel, ECF 45, is **DENIED**.

                                                                          /s/ Gerald Austin McHugh
                                                                          United States District Judge